UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD D. THOMAS,

    Petitioner,

  v.

SUZANNE M. PEERY,

    Respondent.

Case No. 15-cv-04105-VC   (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

Dkt. No. 10

Petitioner Ronald D. Thomas, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. In lieu of filing an answer, Respondent has filed a motion to dismiss. Thomas has submitted a letter to the Court in which he requests an extension of time to file his opposition. The Court grants this request.

The time in which Thomas may file his opposition to Respondent's motion to dismiss will be extended up to and including **twenty-eight (28) days** from the date of this Order. Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

IT IS SO ORDERED.

Dated: March 16, 2016

_____
VINCE CHHABRIA
United States District Judge